UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ) CHAPTER 13
  RICKY FITZPATRICK )
  ROSIA STINSON ) CASE NO. 09-33110-DHW-13
    Debtor(s). )

## MOTION FOR RELIEF FROM AUTOMATIC STAY
## AND SECTION 1301 CODEBTOR STAY

Now Comes the Movant, GUARDIAN CREDIT UNION, a creditor herein, by its attorneys,

Chambless Math ❖ Carr, P.C. and for its Motion for Relief from the Automatic Stay, states as

follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Section 1334, as referred

under 28 U.S.C. Section 157, and it constitutes a "core proceeding" within the meaning of the latter

statute. This Motion is made pursuant to Bankruptcy Rule 4001, and in conformity with Bankruptcy

Rule 9014.

2. Movant is precluded by the force and effect of paragraph (4) and (5) of Section 362(a) of

the Bankruptcy Code from enforcing Movant's lien against property of the estate and property of the

Debtor(s).

3. The Debtor(s) was at the time of the filing of his petition, and still is indebted to the

Movant in the sum of $3,158.47 and $2,237.73 plus interest at the contract rate until paid.

4. The consideration was an obligation for the sum and on the date shown on the security

agreement attached to the Proof of Claim filed herein by the Movant.

5. There are no setoffs or counterclaims to said debt, and it is free from any charge forbidden

by applicable law.

6. Pursuant to said obligation, the Movant has a security interest in goods as follows: 2003

HYUNDAI SONATA. The value of the property in which the Movant has a security interest is estimated to be less than the amount of the debt.

7. The Debtor(s) does not have equity in said property and it is not necessary for an effective reorganization. Movant is and will continue to suffer irreparable harm from continuation of the 11 U.S.C. Section 362 automatic stay because the debtor has failed to make regular payments to the trustee as required by the terms of his confirmed plan.

8. Meanwhile, Debtor(s) continues to use and enjoy the movant's collateral while same continues to depreciate in value without adequate protection and compensation to Movant.

9. Said obligation to this movant is secured by the codebtor, EYRIA G. FITZPATRICK shown on the contract. Accordingly, to the extent that the plan fails to pay in full the claim of movant, including contractual interest on the amount of movant's allowed unsecured claim over the duration of the plan, movant is entitled to relief from Section 1301 Codebtor stay to the extent necessary to collect the unpaid portion of its claim.

WHEREFORE, Movant moves for an Order granting relief from the Section 362 Stay, directing the Debtor(s) to surrender possession of said property to the Movant, and for an Order barring the Debtors' right of redemption, and an Order granting relief from the Section 1301 Codebtor Stay, along with such further or other relief as the court may deem proper.

GUARDIAN CREDIT UNION

/s/ Leonard N. Math
By: Leonard N. Math

2

Of Counsel:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
334-272-2230

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as

set forth below by electronic notice and\or by depositing a copy thereof in the United States mail

postage prepaid on July 6, 2010.

Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery AL 36101

Richard D. Shinbaum
SHINBAUM, McLEOD & CAMPBELL
P.O. BOX 201
MONTGOMERY AL 36101

RICKY FITZPATRICK ROSIA STINSON
1643 LONDON TOWN LANE
MONTGOMERY AL 36117

/s/ Leonard N. Math
Chambless Math ❖ Carr, P.C.

3



Guardian
Credit Union
Alabama National Guard Credit Union

P.O. BOX 3199
MONTGOMERY, AL 36109-0199
1-334-244-9999

102 INTERSTATE CT.
PRATTVILLE, AL 36066



**Open-End Disbursement
Receipt Plus**

| BORROWER INFORMATION |

| BORROWER 1 NAME | | ACCOUNT NUMBER | DATE |
|---|---|---|---|
| ROSIA B STINSON | | ▬▬-20 | 05/13/2009 |

BORROWER 2 NAME

## SECURITY OFFERED — CONSUMERS' CLAIMS AND DEFENSES — IF CHECKED, SEE NOTICE BELOW

THE ADVANCE IS SECURED BY YOUR SHARES, ALL PROPERTY SECURING OTHER PLAN ADVANCES AND LOANS RECEIVED IN THE PAST OR IN THE FUTURE, AND THE FOLLOWING PROPERTY:

| PROPERTY/MODEL | YEAR | I.D. NUMBER | VALUE | KEY NUMBER |
|---|---|---|---|---|
| | | | $ | |
| | | | $ | |
| | | | $ | |
| | | | $ | |

| PLEDGE OF SHARES AND/OR DEPOSITS $ | ACCOUNT NUMBER | PLEDGE OF SHARES AND/OR DEPOSITS $ | ACCOUNT NUMBER |
|---|---|---|---|

## REPAYMENT TERMS

| DAILY PERIODIC RATE | ANNUAL PERCENTAGE RATE | INTEREST RATE IS: | OTHER FEES (Amount and Description) | NEW BALANCE THIS SUBACCOUNT |
|---|---|---|---|---|
| 0.04246575 % | 15.5000 % | FIXED | $ | $ 2,433.80 |

| AMOUNT ADVANCED | PAYMENT AMOUNT | DATE DUE | PAYMENT FREQUENCY | LINE OF CREDIT LIMIT | REMAINING LIMIT |
|---|---|---|---|---|---|
| $ 500.00 | $ 88.00 | 06/15/2009 | Monthly | $ N/A | $ N/A |

By endorsing the proceeds check for the advance described above, or by having the loan proceeds deposited into your share/share draft account or paid to a third party, you agree: (1) that the property described in the Security Offered section above ("Property") is security under the terms of the LOANLINER Credit and Security Agreement (the "Plan") for all amounts you owe under the Plan and that the property description is incorporated into and a part of the Plan; (2) that the Property is also security for any other loans, including but not limited to, any credit card loan that you have with the credit union now or in the future; and (3) to make payments as disclosed above and in accordance with the terms of the Plan.

## CONSUMERS' CLAIMS AND DEFENSES NOTICE

The following paragraph applies to the Advance only if the box is checked.

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

## FOR CREDIT UNION USE ONLY

| REQUESTED: 0 | MEMBER PAYS PREMIUM FOR: | CHECK NUMBER: | BRANCH NUMBER: 1 |
|---|---|---|---|
| DATE 05/13/2009 | LOAN OFFICER COMMENTS: | PLAN/SUBACCOUNT NO.: 20 PROCESSED BY: 23 | LOAN OFFICER INITIALS |

© CUNA MUTUAL INSURANCE SOCIETY, 1978, 2001 ALL RIGHTS RESERVED



**Guardian**
*Credit Union*
*Alabama National Guard Credit Union*

P.O. BOX 3199
MONTGOMERY, AL 36109-0199
1-334-244-9999

102 INTERSTATE CT.
PRATTVILLE, AL 36066



**Open-End Disbursement**
**Receipt Plus**

BORROWER INFORMATION

| BORROWER 1 NAME | | ACCOUNT NUMBER | DATE |
|---|---|---|---|
| RICKY FITZPATRICK | | ●●●●20 | 12/21/2007 |

BORROWER 2 NAME

**SECURITY OFFERED ( CONSUMERS CLAIMS AND DEFENSES IF CHECKED) SEE NOTICE BELOW**

THE ADVANCE IS SECURED BY YOUR SHARES, ALL PROPERTY SECURING OTHER PLAN ADVANCES AND LOANS RECEIVED IN THE PAST OR IN THE FUTURE, AND THE FOLLOWING PROPERTY:

| PROPERTY/MODEL | | YEAR | I.D. NUMBER | VALUE | | KEY NUMBER |
|---|---|---|---|---|---|---|
| HYUNDAI | SONATA | 2003 | KMHWF25S53A788136 | $ | 5,400.00 | |
| | | | | $ | | |
| | | | | $ | | |
| | | | | $ | | |

| PLEDGE OF SHARES AND/OR DEPOSITS $ | ACCOUNT NUMBER | PLEDGE OF SHARES AND/OR DEPOSITS $ | ACCOUNT NUMBER |
|---|---|---|---|
| | | | |

**REPAYMENT TERMS**

| DAILY PERIODIC RATE | ANNUAL PERCENTAGE RATE | INTEREST RATE IS: | OTHER FEES (Amount and Description) | NEW BALANCE THIS SUBACCOUNT |
|---|---|---|---|---|
| 0.02191781 % | 8.0000 % | FIXED | $ 16.50 Recording Fee | $ 5,416.50 |

| AMOUNT ADVANCED | PAYMENT AMOUNT | DATE DUE | PAYMENT FREQUENCY | LINE OF CREDIT LIMIT | REMAINING LIMIT |
|---|---|---|---|---|---|
| $ 5,416.50 | $ 133.00 | 01/21/2008 | Monthly | $N/A | $ N/A |

By endorsing the proceeds check for the advance described above, or by having the loan proceeds deposited into your share/share draft account or paid to a third party, you agree: (1) that the property described in the Security Offered section above ("Property") is security under the terms of the LOANLINER Credit and Security Agreement (the "Plan") for all amounts you owe under the Plan and that the property description is incorporated into and a part of the Plan; (2) that the Property is also security for any other loans, including but not limited to, any credit card loan that you have with the credit union now or in the future; and (3) to make payments as disclosed above and in accordance with the terms of the Plan.

**CONSUMERS CLAIMS AND DEFENSES NOTICE**

The following paragraph applies to the Advance only if the box is checked.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

**FOR CREDIT UNION USE ONLY**

| REQUESTED: | MEMBER PAYS PREMIUM FOR: | CHECK NUMBER: | BRANCH NUMBER: 1 |
|---|---|---|---|
| 0 | | PLAN/SUBACCOUNT NO.: 20 | PROCESSED BY: 23 |

| DATE | LOAN OFFICER COMMENTS: | | LOAN OFFICER INITIALS |
|---|---|---|---|
| 2/21/2007 | | | |

**Guardian**
Credit Union
*Alabama National Guard Credit Union*

P.O. BOX 3199
MONTGOMERY, AL 36109-0199
1-334-244-9999

102 INTERSTATE CT.
PRATTVILLE, AL 36066

| Borrower Account Number/Loan or Suffix Number/Note Number |
|---|
| ▓▓▓20 |

| Borrower Name |
|---|
| RICKY FITZPATRICK |

| Address (address information required if not a tape account) |
|---|
| 55 REDLAND ROAD |

| City | State | Zip |
|---|---|---|
| SHORTER, AL 36075-0000 | | |

| Co-Borrower Name |
|---|
| |

| Address (complete if different) |
|---|
| |

| City | State | Zip |
|---|---|---|

**Loan Date**
12/21/2007

**Loan Balance**
$ 5,416.50

☒ New Loan    OR    ☐ Refinanced Loan/Add On Loan
Indicate old loan or suffix number / note number

## FULL PROPERTY DESCRIPTION REQUIRED

| Item | Year | Property | Make | Model | Vehicle Identification Number |
|---|---|---|---|---|---|
| 1. | 2003 | 2003 HYUNDAI SONATA | HYUNDAI | SONATA | KMHWF25S53A788136 |
| 2. | | 2003 HYUNDAI SONATA | | | |
| 3. | | | | | |
| 4. | | | | | |

The terms of your loan/lease agreement require that you obtain comprehensive and collision (physical damage) insurance against loss or damage (subject to a maximum deductible of ($          ) on the personal property that is securing your loan or that is the subject of your lease ("collateral") in an amount sufficient to cover the "loss payee" interest. This coverage is commonly referred to as comprehensive and collision insurance. You may obtain the insurance from any agent or company of your choice, subject to our reasonable approval.

Dear Insurance Agent: Please take a moment to help your insured and our borrower update their policy. The policy must indicate the following: Our credit union name as indicated above & comprehensive & collision deductibles for the collateral(s) listed above. If you have already updated & sent a policy, disregard this notice. If you completed all the required fields below & return this notice, we will accept this as temporary proof of insurance coverage for 30 days to allow you & your company time to provide us a loss payee's copy of the policy which we will need for our records.

Insurance Company Name:_____

Policy Number:_____

Effective Date:_____ Collision Ded.:$_____ Comp. Ded.:$_____

Agent's Name:_____ Agent's Phone #:_____

Agent's Code:_____

Agent's Signature/Date:_____

**WARNING: Unless you provide us with evidence of insurance coverage required by your loan/lease agreement with us,** we may purchase insurance at your expense to protect our interest in your collateral. This insurance may, but need not, also protect your interest. If the collateral becomes damaged, the coverage that we purchase may not pay any claim that you make or any claim that is made against you in connection with the collateral. You may later cancel any insurance purchased by us, but only after providing us with the evidence that you have obtained acceptable insurance coverage elsewhere as required by your loan/lease agreement with us. If we purchase insurance for the collateral, you will be responsible for the costs of that insurance including the insurance premium, interest or lease charges and any other charges including tracking and administrative costs and commissions, we may impose in connection with the placement of the insurance, until the effective date of the cancellation or expiration of the insurance. The effective date of coverage may be the date your prior coverage lapsed or the date you failed to provide proof of acceptable insurance. The costs of the insurance, and finance charges thereon, may be added to your total outstanding balance or obligation and the number and/or amount of your periodic payments may be increased to cover such premium charges. If the cost of the insurance or any other charges imposed in connection with the placement of the insurance are added to your outstanding balance or obligation, the interest rate\lease charge on your underlying loan\lease agreement with us will apply to these added amounts. The costs of the insurance may be considerably more than the cost of insurance you may be able to obtain on your own. The coverage will not be liability insurance and will not satisfy any need for the property damage liability coverage or your obligations under any state's mandatory liability, financial responsibility or no fault laws. See the Security Agreement for additional information.
You hereby authorize the credit union to provide its insurance service center with the necessary information for verification of adequate coverage. The terms of these Supplemental Insurance Provisions are hereby made a part of your loan/lease agreement and are binding upon you with the same effect as if they were set forth in such loan/lease agreement. You acknowledge that you have read and agree to the foregoing and to provisions set forth on the following page of this document.

Borrower's/Lessee's Signature _~signature~_ Date 12-21-07

Co-Borrower's/Co-Lessee's Signature _____ Date _____



# STATE OF
# ALABAMA
## DEPARTMENT OF REVENUE

### CERTIFICATE OF TITLE FOR A VEHICLE

| TITLE NO. | VEHICLE IDENTIFICATION NO. | TRANS. CODE | DATE ISSUED |
|---|---|---|---|
| 38477120 | KMHWF25S53A788136 | 01 | 02/13/2008 |

| YR. MODEL | MAKE | MODEL | BODY TYPE | PREV AL TITLE NO. |
|---|---|---|---|---|
| 2003 | HYUN | SONATA | 4D | |

| CYL | NEW | USED | DEMO | PURCHASE DATE | OWNERS | COLOR | ODOMETER |
|---|---|---|---|---|---|---|---|
| 04 | | XX | | 12/21/2007 | 1 | BLK | 0069800 |

NAME(S) AND MAILING ADDRESS OF OWNER(S)

FITZPATRICK RICKY
55 REDLAND ROAD
SHORTER AL 36075

MAIL TO

799 / 496

GUARDIAN CREDIT UNION
P O BOX 3199
MONTGOMERY AL 36109

RESIDENT ADDRESS IF DIFFERENT

LEGEND(S)
ODOMETER READING IS THE ACTUAL MILEAGE

RELEASE OF LIEN
The holder of Lien on the vehicle described in this Certificate does hereby state that the lien described in said Certificate of Title is released and discharged.

First Lienholder _____

1ST LIENHOLDER'S NAME, ADDRESS AND LIEN DATE      12/21/2007

GUARDIAN CREDIT UNION
P O BOX 3199
MONTGOMERY AL 36109

By _____
Signature of Authorized Agent

Date _____

2ND LIENHOLDER'S NAME, ADDRESS AND LIEN DATE

Second Lienholder _____

By _____
Signature of Authorized Agent

Date _____

This certificate serves as an official document of the Department of Revenue. This certificate on an application for certificate of title has been made for the vehicle described herein, purchased and title for the motor vehicle laws of this state, and the applicant named on the face hereof has been duly recorded in the named owner of the motor vehicle and the said vehicle is subject to the security interest or lien show hereof, if any that said described vehicle and any lien or claim of a security by statute to the United States, this State or any political subdivision of this State or other encumbrance as required to be filed with this Department.

CONTROL NUMBER
35441998

KEEP IN A SAFE PLACE — ANY ALTERATION OR ERASURE VOIDS THIS TITLE.

HOLD TO LIGHT TO VIEW WATERMARK